## ISRAEL POST, JR. agt. OBADIAH S. HAIGHT.

A *precept* issued to collect costs granted on a motion, is irregular, *if* issued *within twenty* days from the date of the order granting costs. (*See* 60 *Rule*.)

*June Term*, 1846.

MOTION by plaintiff to set aside a precept, for irregularity.

On the *third* day of June, 1845, a motion was made by defendant, to the special term of this court, then in session, to consolidate this and another cause, which motion was granted, *with ten dollars costs.* On the *fifth* day of June last (1845), defendant's attorney issued a precept, by virtue of which the plaintiff was arrested and committed to jail, for the non-payment of the ten dollars costs, ordered on the motion to consolidate.

> D. WRIGHT, *plaintiff's counsel.*
> WM. B. LITCH, *plaintiff's attorney.*
> N. HILL, JR., *defendant's counsel.*
> A. HAIGHT, *defendant's attorney.*

Plaintiff's counsel insisted that the precept was irregular, it could not be issued until *twenty* days after the date of the order, under the 60 rule.

JEWETT, Justice. Held, that the precept was pre-
[*176] maturely issued, defendant *should have waited *twenty days* under the 60 rule. Motion denied with costs, but no action for false imprisonment to be brought by plaintiff.